

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### No. PD-1598-06

### RICHARD ROBLES VIGIL, Appellant

### v.

### THE STATE OF TEXAS

### ON STATE'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE FOURTEENTH COURT OF APPEALS
### HARRIS COUNTY

*Per curiam.*

### O P I N I O N

Appellant was placed on deferred adjudication probation and guilt was later adjudicated and Appellant was convicted of indecency with a child. Appellant attempted to appeal the adjudication of guilt arguing that the trial court erred in not *sua sponte* holding a hearing on his competency. The Court of Appeals dismissed, finding that there was no jurisdiction to consider the issue pursuant to Code of Criminal Procedure Article 42.12, §5(b). *Vigil v. State*, No. 14-05-01015-CR (Tex. App.–Houston [14th], July 13, 2006). Appellant petitioned this Court for discretionary review.

When the Court of Appeals issued its opinion in this case, it did so without the benefit of this Court's recent opinion in *Durgan v. State*, ___ S.W.3d ___, No. PD-1069-06 (Tex. Crim. App. November 7, 2007). Therefore, we vacate the judgment of the Court of Appeals and remand for that court to consider the effect of *Durgan*, if any, on its reasoning and analysis in this case.

En banc

Delivered: February 6, 2008

Do Not Publish